DIVIDEND REPORT

Page No: 2

| Case No: | 06-61401-RKK | Date Printed: | 12/22/2010 |
| Case Name: | WALKER, JOHN C AND WALKER, MELYNDA R | Check Number: | 126 |
| Trustee Name: | Anthony DeGirolamo | Check Date: | 12/21/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 21 | CRYSTAL CLINIC<br>PO box 75575<br>Cleveland, OH 44101 | $229.44 | $0.20 |
| 22 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK, NJ 071935480 | $1,804.09 | $1.55 |
| 23 | SAMARITAN REG HLTH SYS<br>1025 Center Street<br>Ashland, OH 44805 | $2,801.75 | $2.40 |
| 24 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield, OH 44901 | $157.58 | $0.14 |
| 25 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield, OH 44901 | $1,704.41 | $1.47 |
| 26 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield, OH 44901 | $25.00 | $0.02 |
| 27 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield, OH 44901 | $88.00 | $0.08 |

Check Amount: $15.20

FILED 2010 DEC 23 PM 1:15

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
CANTON Division

R1 - 000060093
Intake deputy: 200696 (S. Es.)
December 23, 2010 13:22:04

Code  Case #   Qty  Amount
I - UNCLAIMED FUNDS
06-61401RK  10  $15.20CK
Debtor - Walker
Payment Type - CHECK
Check Number - 126

TOTAL --- $15.20
TEND --- 15.20
CHANGE --- 0.00

FROM: ANTHONY J DEGIROLAMO
COURTYARD CENTRE STE 625
116 CLEVE AVE NW  330-588-9700
CANTON OH 44702

DIVIDEND REPORT

| Case No: | 06-61401-RKK | Date Printed: | 12/22/2010 |
| Case Name: | WALKER, JOHN C AND WALKER, MELYNDA R | Check Number: | 126 |
| Trustee Name: | Anthony DeGirolamo | Check Date: | 12/21/2010 |

FILED
2010 DEC 23 PM 1:15

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 1 | LESLIE WAGNER<br>Richland Bank Bldg Ste 403<br>3 North Main St<br>Mansfield, OH 44902 | $500.00 | $0.41 |
| 2 | GENERAL GRAPHICS<br>1901 Dresden Rd<br>PO Box 580<br>Zanesville, OH 43702 | $112.17 | $0.09 |
| 4 | CAPITAL ONE BANK<br>C/O Isys Debt Mgmt<br>PO Box 5155<br>Norcross, GA 30091 | $2,642.92 | $2.27 |
| 6 | MICHAEL D SPRENG DDS<br>910 Katherine Ave Ste A<br>Ashland, OH 44805 | $2,057.90 | $1.77 |
| 11 | ASHLAND COMMUNITY FEDERAL CREDIT UN<br>PO Box 4519<br>Carol Stream, IL 60197 | $2,754.87 | $2.37 |
| 12 | COLLECTION AGENCY INCE<br>PO Box 98<br>Shelby, OH 44875 | $29.00 | $0.03 |
| 16 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 981119221 | $941.42 | $0.81 |
| 18 | ECAST SETTLEMENT CORPORATION ASSIGNEE<br>GE Money Bank/Sams Club<br>POB 35480<br>Newark, NJ 071935480 | $1,809.34 | $1.56 |
| 19 | SUMMA HEALTH SYSTEM<br>PO Box 714097<br>Columbus, OH 432714097 | $34.17 | $0.03 |