

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

| In re: | Case No. 06-61401 |
|---|---|
| JOHN C WALKER<br>MELYNDA R WALKER<br><br>Debtors. | Chapter 7<br><br>Judge Russ Kendig |

## SECOND REPORT OF DISTRIBUTION

Anthony J. DeGirolamo, trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses. Therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

AMOUNT AVAILABLE FOR DISTRIBUTION:           $ 6.93

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ |
| Chapter 11 Administrative Expenses: | $ |
| Priority Claims [507(a)(3)-(a)(7)]: | $ |
| Secured Tax Liens: | $ |
| Priority Tax Claims [507(a)(8)]: | $ |
| General Unsecured Claims: | $ 6.93 |
| Other: _____ | $ |
| _____ | $ |

TOTAL AMOUNT TO BE DISTRIBUTED:           $ 6.93

January 21, 2011                     /s/ Anthony J. DeGirolamo
                                     CASE TRUSTEE

---

REVIEWED BY UNITED STATES TRUSTEE:

DANIEL M McDERMOTT, UNITED STATES TRUSTEE
REGION 9

                                     /s/Elaine Cutwright 02/08/2011
DATE: _____     BY: _____

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trustee Name: | Anthony DeGirolamo | | | Distribution Date: | 01/20/2011 | | |
| Case Number: | 06-61401-RKK | | | Distribution Amt: | $6.93 | | |
| Case Name: | WALKER, JOHN C AND WALKER, MELYNDA R | | | Tax ID: | 546828169 | | |
| Claims Bar Date: | 04/21/2009 | | | Date: | 1/21/2011 | | |

| # | Creditor | Class | Code | Amount | Proposed | Paid | Distribution | Balance |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $6.93 |
| 1 | LESLIE WAGNER<br>Richland Bank Bldg<br>Ste 403<br>3 North Main St<br>Mansfield OH 44902 | General Unsecured | 726(a)(2) | 7100-000 | $500.00 | $119.92 | $0.00 | $0.04 | $6.89 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 2 | GENERAL GRAPHICS<br>1901 Dresden Rd<br>PO Box 580<br>Zanesville OH 43702 | General Unsecured | 726(a)(2) | 7100-000 | $112.17 | $26.90 | $0.00 | $0.01 | $6.88 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 4 | CAPITAL ONE BANK<br>C/O Tsys Debt Mgmt<br>PO Box 5155<br>Norcross GA 30091 | General Unsecured | 726(a)(2) | 7100-000 | $2642.92 | $633.95 | $0.00 | $0.17 | $6.71 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 5 | CAPITAL ONE BANK<br>C/O Tsys Debt Mgmt<br>PO Box 5155<br>Norcross GA 30091 | General Unsecured | 726(a)(2) | 7100-000 | $9408.89 | $2,256.89 | $0.00 | $0.62 | $6.09 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 6 | MICHAEL D SPRENG DDS<br>910 Katherine Ave Ste A<br>Ashland OH 44805 | General Unsecured | 726(a)(2) | 7100-000 | $2057.90 | $493.63 | $0.00 | $0.13 | $5.96 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 11 | ASHLAND COMMUNITY FEDERAL CREDIT UN<br>PO Box 4519<br>Carol Stream IL 60197 | General Unsecured | 726(a)(2) | 7100-000 | $2754.87 | $660.81 | $0.00 | $0.18 | $5.78 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 13 | B-REAL, LLC/CHASE BANK USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave.,<br>Suite 1030<br>Seattle WA 98121 | General Unsecured | 726(a)(2) | 7100-000 | $21895.94 | $5,252.17 | $0.00 | $1.40 | $4.38 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 14 | B-REAL, LLC/CHASE BANK USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave.,<br>Suite 1030<br>Seattle WA 98121 | General Unsecured | 726(a)(2) | 7100-000 | $13357.71 | $3,204.11 | $0.00 | $0.85 | $3.53 |
| | Percent Paid: 23.99% | Notes: | | | | | | |

Page No: 1

NORTHERN DISTRICT OF OHIO CANTON
FILED
2011 FEB 10 PM 12:32
CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON

06-61401-rk   Doc 126   FILED 02/08/11   ENTERED 02/08/11 17:08:51   Page 2 of 4
06-61401-rk   Doc 127   FILED 02/10/11   ENTERED 02/11/11 16:12:38   Page 2 of 5

| Trustee Name: | Anthony DeGirolamo | | Distribution Date: | 01/20/2011 |
|---|---|---|---|---|
| Case Number: | 06-61401-RKK | FILED | Distribution Amt: | $6.93 |
| Case Name: | WALKER, JOHN C AND WALKER, MELYNDA R | | Tax ID: | 546828169 |
| Claims Bar Date: | 04/21/2009 | 2011 FEB 10 PM 12: 32 | Date: | 1/21/2011 |

| # | Claimant | Type | Code | Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 7100-000 CANTON | $19845.87 | $4,760.42 | $0.00 | $1.27 | $2.26 |
| 15 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF MBNA America Bank N A POB 35480 Newark NJ 071935480 | General Unsecured 726(a)(2) | | | | | | |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 16 | ROUNDUP FUNDING, LLC MS 550 PO Box 91121 Seattle WA 981119221 | General Unsecured 726(a)(2) | 7100-000 | $941.42 | $225.82 | $0.00 | $0.06 | $2.20 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 18 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE Money Bank/Sams Club POB 35480 Newark NJ 071935480 | General Unsecured 726(a)(2) | 7100-000 | $1809.34 | $434.01 | $0.00 | $0.11 | $2.09 |
| | Percent Paid: 23.99% | Notes: Supersedes claim no 10 | | | | | | |
| 19 | SUMMA HEALTH SYSTEM PO Box 714097 Columbus OH 432714097 | General Unsecured 726(a)(2) | 7100-000 | $34.17 | $8.20 | $0.00 | $0.00 | $2.09 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 20 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville SC 296030587 | General Unsecured 726(a)(2) | 7100-000 | $19699.41 | $4,725.28 | $0.00 | $1.27 | $0.82 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 21 | CRYSTAL CLINIC PO box 75575 Cleveland OH 44101 | General Unsecured 726(a)(2) | 7100-000 | $229.44 | $55.04 | $0.00 | $0.01 | $0.81 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 22 | ECAST SETTLEMENT CORPORATION POB 35480 NEWARK NJ 071935480 | General Unsecured 726(a)(2) | 7100-000 | $1804.09 | $432.75 | $0.00 | $0.11 | $0.70 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 23 | SAMARITAN REG HLTH SYS 1025 Center Street Ashland OH 44805 | General Unsecured 726(a)(2) | 7100-000 | $2801.75 | $672.05 | $0.00 | $0.18 | $0.52 |

Page No: 2

06-61401-rk   Doc 126   FILED 02/08/11   ENTERED 02/08/11 17:08:51   Page 3 of 4
06-61401-rk   Doc 127   FILED 02/10/11   ENTERED 02/11/11 16:12:38   Page 3 of 5

PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Anthony DeGirolamo | | Distribution Date: | 01/20/2011 |
| Case Number: | 06-61401-RKK | | Distribution Amt: | $6.93 |
| Case Name: | WALKER, JOHN C AND WALKER, MELYNDA R | FILED | Tax ID: | 546828169 |
| Claims Bar Date: | 04/21/2009 | | Date: | 1/21/2011 |

| Claim # | Creditor Name | Claim Class | Code | Claim Amount | Proposed Payment | Int/Pen Paid | Amount Paid | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 24 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield OH 44901 | General Unsecured 726(a)(2) | 7100-000 | $157.58 | $37.80 | $0.00 | $0.01 | $0.51 |
| | Percent Paid: 23.99% | Notes: Supersedes claim no. 7. | | | | | | |
| 25 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield OH 44901 | General Unsecured 726(a)(2) | 7100-000 | $1704.41 | $408.84 | $0.00 | $0.10 | $0.41 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 26 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield OH 44901 | General Unsecured 726(a)(2) | 7100-000 | $25.00 | $6.00 | $0.00 | $0.00 | $0.41 |
| | Percent Paid: 23.99% | Notes: | | | | | | |
| 27 | DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield OH 44901 | General Unsecured 726(a)(2) | 7100-000 | $88.00 | $21.11 | $0.00 | $0.00 | $0.41 |
| | Percent Paid: 23.99% | Notes: Supersedes claim no. 8. | | | | | | |
| 29 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St.,<br>Stop Co de 3105 | General Unsecured 726(a)(2) | 7100-000 | $6374.85 | $1,529.13 | $0.00 | $0.41 | $0.00 |
| | Percent Paid: 23.99% | Notes: Supersedes claim no. 3. | | | | | | |
| Sub-Totals: General Unsecured 726(a)(2) | | | | $108,245.73 | $25,964.83 | $0.00 | | $6.93 |
| | | | TOTALS: | $108245.73 | $25964.83 | $0.00 | | $6.93 |

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
CANTON Division

R1 - 0000060940          $6.93CK
Intake deputy: 2000696 (S. Es.)
February 10, 2011 12:43:28

Code    Case #     Qty    Amount
UF - UNCLAIMED FUNDS
     06-61401RK    1      $6.93
Debtor - Walker
Payment Type - CHECK
Check Number - 133

TOTAL ---                 $6.93
TEND. ---                 $6.93
CHANGE---                 $0.00

FROM: ANTHONY J DEGIROLAMO
COURTYARD CENTRE STE 625
116 CLEVE AVE NW  330-588-9700
CANTON OH 44702

2011 FEB 10 PM 12:32
FILED
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

Page No: 3
06-61401-rk   Doc 126   FILED 02/08/11   ENTERED 02/08/11 17:08:51   Page 4 of 4
06-61401-rk   Doc 127   FILED 02/10/11   ENTERED 02/11/11 16:12:38   Page 4 of 5

# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

February 9, 2011

United States Bankruptcy Court
Attn: Clerk's Office
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, Ohio 44702

    Re:    In re Walker, Case No. 06-61401

Dear Clerk:

    Enclosed please find check no. 133 in the amount of $6.93 for dividends of less than $5.00 in the above mentioned case. Also enclosed is the Trustee's Second Report of Distribution listing the individual creditors and the proposed payments to them for your records.

        Very truly yours,

        *Anthony J. DeGirolamo/aw*

        Anthony J. DeGirolamo

ENC

amw